UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00341-FDW

| | |
|---|---|
| WALTER T. GAUSE, Jr., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>R. ANDREW MURRARY, et al., )<br>)<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion – IFP § 1915" [Doc. 5] and Plaintiff's Motion to Serve Summons [Doc. 6].

Pro se Plaintiff Walter T. Gause, Jr., ("Plaintiff"), a North Carolina state inmate currently incarcerated at Marion Correctional Institution, filed this action on July 18, 2019, pursuant to 42 U.S.C. § 1983, against four Defendants. Plaintiff has not yet filed his Prisoner Trust Account Statement and in forma pauperis status has not yet been granted.

Plaintiff seeks appointment of counsel. [Doc. 5]. Plaintiff, however, presents no grounds in support of this motion. Rather, he merely recounts certain claims and alleged facts in his motion. A plaintiff must present "exceptional circumstances" in order to require the Court to seek the assistance of a private attorney for a plaintiff who is unable to afford counsel. Miller v. Simmons, 814 F.2d 962, 966 (4th Cir. 1987). The Plaintiff here has not presented exceptional circumstances that justify appointment of counsel. Therefore, Plaintiff's motion to appoint counsel will be denied.

Plaintiff also moves "to serve summons." [Doc. 6]. Summons is not served until and unless

Plaintiff's Complaint survives initial review. See 28 U.S.C. §§ 1915(e)(2); 1915A. The Court has not yet conducted its initial review of Plaintiff's Complaint. Only if Plaintiff's Complaint survives review will summons issue and be served in accordance with the appropriate procedure.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's motion to appoint counsel [Doc. 5] is **DENIED**.

(2) Plaintiff's Motion to Serve Summons [Doc. 6] is **DENIED**.

Signed: July 23, 2019

Frank D. Whitney
Chief United States District Judge